**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 18cr10146 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| STACEY ORLANDO, | ) | COUNTS ONE AND TWO: |
| Defendant | ) | 18 U.S.C. § 641 – Theft of Public Money |
| | ) | |
| | ) | CRIMINAL FORFEITURE: 18 U.S.C. § |
| | ) | 981(a)(1)(C); 28 U.S.C. § 2461 |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:    (18 U.S.C. § 641 — Theft of Public Money)

From in and around May 2011, and continuing thereafter through in and around September 2013, in the District of Massachusetts,

STACEY ORLANDO,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money of the United States and a department and agency thereof, in a total amount greater than $1,000, namely, Social Security benefits paid on behalf of her child, E.O., having a value of approximately $17,142.03.

All in violation of Title 18, United States Code, Section 641.

The Grand Jury charges that:

COUNT TWO:     (18 U.S.C. § 641 — Theft of Public Money)

From in and around May 2011, and continuing thereafter through in and around October 2013, in the District of Massachusetts,

STACEY ORLANDO,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money of the United States and a department and agency thereof, in a total amount greater than $1,000, namely, Social Security benefits paid on behalf of her child, J.O., having a value of approximately $18,574.

All in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATIONS:   (18 U.S.C. § 981(a)(1)(C) and
28 U.S.C. § 2461(c))

The Grand Jury further finds probable cause to believe that:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 641, set forth in Counts One and Two of this Indictment,

STACEY ORLANDO,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense(s). The property to be forfeited includes, but is not limited to, the following:

 a. at least $35,716.03 in United States currency, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of this Court;

 d. has been substantially diminished in value; or,

 e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
KAREN BURZYCKI
SPECIAL ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; May 10, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:10 p.m.

5/10/18